| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 *Amended* | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

# FINANCIAL DISCLOSURE REPORT

**Calendar Year 2003** *Amended*

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>VAN SICKLE, FRED | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>8/11/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>P.O. BOX 2209<br><br>SPOKANE, WA 99210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Washington State Judicial Retirement Systems |
| 2. | Washington State Deferred Compensation |

COPY

RECEIVED AUG 16 11 37 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | State of Washington Judicial Retirement | $43,221 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | State of Washington Retirement |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VAN SICKLE, FRED | 8/11/2004 |

## VII. INVESTMENTS and TRUSTS – income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wash Mutual Investors Fund | A | Div | K | T | | | | | |
| 2. Templeton Foreign Fund | A | Div | K | T | | | | | |
| 3. Idaho Power, Stock | A | Div | J | T | | | | | |
| 4. Mutual Qualified Fund, IRA | A | Dividend | K | T | | | | | |
| 5. Mutual Shares Fund, IRA | A | Dividend | K | T | | | | | |
| 6. Windsor Fund, IRA | A | Dividend | K | T | | | | | |
| 7. Fidlty Equity Inc Def Comp | A | Dividend | J | T | part redempt | 1/10 | J | B | |
| 8. Independence Fund | A | Div | J | T | part redempt | 1/10 | J | A | |
| 9. Mid State Bank Stock | A | Div | ·J | T | | | | | |
| 10. Bell South | A | Dividend | K | T | | | | | |
| 11. AT&T | A | Dividend | J | T | | | | | |
| 12. Qwest | A | Dividend | J | T | | | | | |
| 13. Exxon/Mobil | A | Div | J | T | | | | | |
| 14. Albertsons | A | Dividend | J | T | | | | | |
| 15. Boeing | A | Dividend | K | T | | | | | |
| 16. Franklin Tax Free High Yield | C | Dividend | L | T | | | | | |
| 17. Royal Dutch Petrol | B | Div | K | T | | | | | |
| 18. American Century Ultra | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1.001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15.001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. United Water Idaho | A | Div | J | T | | | | | |
| 20. Telephono de Mexico | A | Dividend | J | T | | | | | |
| 21. Bristol Myers | A | Dividend | J | T | | | | | |
| 22. Microsoft | A | Dividend | L | T | | | | | |
| 23. St. Jude Med | A | Dividend | K | T | | | | | |
| 24. Lewis Co. WA PUD Bond | A | Interest | | | redemption | 10/01 | K | A | |
| 25. WA Trust Savings | A | Interest | J | T | | | | | |
| 26. Hewlet-Packard | A | Dividend | K | T | | | | | |
| 27. Eric Tel | A | Dividend | J | T | | | | | |
| 28. Johnson & Johnson | A | Dividend | L | T | | | | | |
| 29. Intel | A | Dividend | L | T | | | | | |
| 30. Abbott Labs | A | Dividend | | | sale | 7/31 | K | D | |
| 31. Fidelity Growth Co Def Comp | A | Dividend | J | T | part redempt | 1/10 | J | B | |
| 32. Wash St. Go College | A | Interest | K | T | | | | | |
| 33. Cortland Gen MM | A | Interest | J | T | | | | | |
| 34. Lucent Tech Inc | A | Dividend | J | T | | | | | |
| 35. Numerica CU | B | Interest | L | T | | | | | |
| 36. Vanguard Tax Exempt MM | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VAN SICKLE, FRED | 8/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Washington Mutual, Inc. | A | Dividend | J | T | | | | | |
| 38. America Movil (spinoff from Telephono de Mexico) | A | Dividend | J | T | | | | | |
| 39. Benton County Bond | A | Interest | | | redemption | 12/01 | J | A | |
| 40. Clark County Bond | A | Interest | J | T | | | | | |
| 41. Pierce County Bond | A | Interest | J | T | | | | | |
| 42. AT&T Wireless | A | Dividend | J | T | | | | | |
| 43. City of Spokane CLTD 209 | A | Interest | J | T | | | | | |
| 44. Wisconsin Health & Ed | A | Interest | J | T | | | | | |
| 45. Cardinal Health | A | Dividend | K | T | | | | | |
| 46. Comcast Corp | A | Dividend | K | T | | | | | |
| 47. Agere Sys | A | Dividend | J | T | | | | | |
| 48. Harley-Davidson | A | Dividend | J | T | bought | 8/1 | J | | |
| 49. Idaho Housing Authority | A | Interest | J | T | Bought | 10/6 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | VAN SICKLE, FRED | 8/11/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | VAN SICKLE, FRED | 8/11/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature ███████████████████████     Date _August 11, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 · Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | **Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)** |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) VAN SICKLE, FRED | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report 6/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. DISTRICT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address P.O. BOX 2209 SPOKANE, WA 99210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Washington State Judicial Retirement Systems |
| 2. | Washington State Deferred Compensation |

RECEIVED JUN 15 11 01 AM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | VAN SICKLE, FRED | 6/10/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours. not spouse's) |
|---|---|---|---|
| 1. | | State of Washington Judicial Retirement | |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | State of Washington Retirement |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VAN SICKLE, FRED | 6/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   Wash Mutual Investors Fund | A | Div | K | T | | | | | |
| 2.   Templeton Foreign Fund | A | Div | K | T | | | | | |
| 3.   Idaho Power, Stock | A | Div | J | T | | | | | |
| 4.   Mutual Qualified Fund, IRA | A | Dividend | K | T | | | | | |
| 5.   Mutual Shares Fund, IRA | A | Dividend | K | T | | | | | |
| 6.   Windsor Fund, IRA | A | Dividend | K | T | | | | | |
| 7.   Fidlty Equity Inc Def Comp | A | Dividend | J | T | part redempt | 1/10 | J | B | |
| 8.   Independence Fund | A | Div | J | T | part redempt | 1/10 | J | A | |
| 9.   Mid State Bank Stock | A | Div | J | T | | | | | |
| 10.   Bell South | A | Dividend | K | T | | | | | |
| 11.   AT&T | A | Dividend | J | T | | | | | |
| 12.   Qwest | A | Dividend | J | T | | | | | |
| 13.   Exxon/Mobil | A | Div | J | T | | | | | |
| 14.   Albertsons | A | Dividend | J | T | | | | | |
| 15.   Boeing | A | Dividend | K | T | | | | | |
| 16.   Franklin Tax Free High Yield | C | Dividend | L | T | | | | | |
| 17.   Royal Dutch Petrol | B | Div | K | T | | | | | |
| 18.   American Century Ultra | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VAN SICKLE, FRED | 6/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. United Water Idaho | A | Div | J | T | | | | | |
| 20. Telephono de Mexico | A | Dividend | J | T | | | | | |
| 21. Bristol Myers | A | Dividend | J | T | | | | | |
| 22. Microsoft | A | Dividend | L | T | | | | | |
| 23. St. Jude Med | A | Dividend | K | T | | | | | |
| 24. Lewis Co. WA PUD Bond | A | Interest | | | redemption | 10/01 | K | A | |
| 25. WA Trust Savings | A | Interest | J | T | | | | | |
| 26. Hewlet-Packard | A | Dividend | K | T | | | | | |
| 27. Eric Tel | A | Dividend | J | T | | | | | |
| 28. Johnson & Johnson | A | Dividend | L | T | | | | | |
| 29. Intel | A | Dividend | L | T | | | | | |
| 30. Abbott Labs | A | Dividend | | | sale | 7/31 | K | D | |
| 31. Fidelity Growth Co Def Comp | A | Dividend | J | T | part redempt | 1/10 | J | B | |
| 32. Wash St. Go College | A | Interest | K | T | | | | | |
| 33. Cortland Gen MM | A | Interest | J | T | | | | | |
| 34. Lucent Tech Inc | A | Dividend | J | T | | | | | |
| 35. Numerica CU | B | Interest | L | T | | | | | |
| 36. Vanguard Tax Exempt MM | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VAN SICKLE, FRED | 6/10/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Washington Mutual, Inc. | A | Dividend | J | T | | | | | |
| 38. America Movil (spinoff from Telephono de Mexico) | A | Dividend | J | T | | | | | |
| 39. Benton County Bond | A | Interest | | | redemption | 12/01 | J | A | |
| 40. Clark County Bond | A | Interest | J | T | | | | | |
| 41. Pierce County Bond | A | Interest | J | T | | | | | |
| 42. AT&T Wireless | A | Dividend | J | T | | | | | |
| 43. City of Spokane CLTD 209 | A | Interest | J | T | | | | | |
| 44. Wisconsin Health & Ed | A | Interest | J | T | | | | | |
| 45. Cardinal Health | A | Dividend | K | T | | | | | |
| 46. Comcast Corp | A | Dividend | K | T | | | | | |
| 47. Agere Sys | A | Dividend | J | T | | | | | |
| 48. Harley-Davidson | A | Dividend | J | T | bought | 8/1 | J | | |
| 49. Idaho Housing Authority | A | Interest | J | T | Bought | 10/6 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date June 10, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544